CHARLES R. KOZAK, ESQ.
Nevada State Bar #11179
1225 Tarleton Way
Reno, Nevada  89523
(775) 622-0711
kozak131@charter.net
Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JESS C. ARNDELL and<br>SUZANNE K. ARNDELL,<br><br>　　　　　Plaintiffs/Appellants,<br><br>vs.<br><br>ROBISON, BELAUSTEGUI, SHARP & LOW, a Professional Corporation, KENT R. ROBISON, THOMAS L. BELAUSTEGUI, F. DeARMOND SHARP, KEEGAN G. LOW, MARK G. SIMONS, And JOHN DOES I-V,<br><br>　　　　　Defendants/Appellees. | No. _____<br>Dist. Ct. No. 3:11-cv-00469<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

　　　　Plaintiffs, JESS C. ARNDELL and SUZANNE K. ARNDELL ("Plaintiffs"), by and through their Counsel of Record, CHARLES R. KOZAK, ESQ., appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on September 6, 2012, and all interlocutory orders that gave rise to that judgment, including but not limited to:

1. The District Court's September 6, 2012 Order dismissing Count One (legal malpractice) of Plaintiffs' Complaint with prejudice and dismissing Count Two (request for an accounting) and Plaintiffs' prayer for exemplary damages without

leave to amend; and

2. The District Court's May 11, 2012 order granting in part and denying in part Defendants' Motion to Dismiss.

Dated this 28th day of September, 2012.

                                        **/s/ Charles R. Kozak**
                                        CHARLES R. KOZAK, ESQ.
                                        Nevada State Bar # 11179
                                        1225 Tarleton Way
                                        Reno, Nevada  89523
                                        (775) 622-0711
                                        kozak131@charter.net
                                        Attorney for the Plaintiffs/Appellants

# **CERTIFICATE OF SERVICE**

I, SANDI DeSILVA, certify that on the 28th day of September, 2012, I caused to be delivered by :

_____        MESSENGER SERVICE

_____        FASCIMILE to the following number:_____

XXXX\_\_        U.S. MAIL

_____        CERTIFIED MAIL, RETURN RECEIPT REQUESTED

_____        FEDERAL EXPRESS or other overnight delivery

A true and correct copy of the within document: **PLAINTIFFS'NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPLEALS FOR THE NINTH CIRCUIT**, Case #_____, addressed as follows:

JOSEPH P. GAREN, ESQ.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9080 W. Post Road, Suite 100
Las Vegas, Nevada  89148

**/s/ Sandi DeSilva**
SANDI DeSILVA

XXXX -  I hereby certify that on the 28th  day of September, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a Notice of Electronic filing to the above-named partie(s).